**Electronically Filed
Supreme Court
SCPW-18-0000820
28-NOV-2018
02:39 PM**

SCPW-18-0000820

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Petitioner,

vs.

THE HONORABLE MICHELLE N. COMEAU, Judge of the District Court of the First Circuit, State of Hawaiʻi, Respondent Judge,

and

TYRUS SORAL WOODARD, Respondent.

_____

ORIGINAL PROCEEDING
(CASE NO. 1DTC-18-011809)

ORDER DENYING PETITION FOR A WRIT DIRECTED TO A JUDGE
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner State of Hawaiʻi's petition for a writ directed to a judge, filed on October 24, 2018, the documents submitted in support thereof, and the record, it appears that, under the specific facts and circumstances in this case, petitioner fails to demonstrate that it is entitled to the requested relief by way of an extraordinary writ. See Honolulu Advertiser, Inc. v. Takao, 59 Haw. 237, 241, 580 P.2d 58, 62 (1978) (a writ of mandamus is not intended to supersede

the legal discretionary authority of the trial courts, cure a mere legal error, or serve as a legal remedy in lieu of normal appellate procedure).  Accordingly,

IT IS HEREBY ORDERED that the petition for a writ directed to a judge is denied.

DATED: Honolulu, Hawaiʻi, November 28, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

